Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LOVETT ) | 1:07-CV-1740 LJO SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 27, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: August 18, 2008        /s/ Sengthiene Bosavanh

                              SENGTHIENE BOSAVANH, ESQ.
                              Attorney for Plaintiff

Dated: August 18, 2008

MCGREGOR SCOTT
United States Attorney

By: /s/ Leo R. Montenegro
(as authorized via facsimile)
LEO R. MONTENEGRO
Assistant Regional Counsel

PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE MATTER IS HEREBY ORDERED DISMISSED.

IT IS SO ORDERED.

Dated:   **August 20, 2008**                                  **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE